THOMAS M. MCINERNEY (State Bar No. 162055)
tmm@ogletreedeakins.com
MICHELLE M. LEETHAM (State Bar No. 124578)
michelle.leetham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant SIMPLEXGRINNELL LP

ARKADY ITKIN (State Bar No. 253194)
arkady@arkadylaw.com
LAW OFFICE OF ARKADY ITKIN
335 Powell Street, 14th Floor
San Francisco, CA 94102
Telephone:   415.640.6765
Facsimile:    415.508.3474

Attorneys for Plaintiff COMERLIS DELANEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COMERLIS DELANEY,<br><br>          Plaintiff,<br><br>     v.<br><br>SIMPLEXGRINNELL LP,<br><br>          Defendant. | Case No. 10-cv-5103 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF**<br><br>Complaint Filed:  October 12, 2010<br>Trial Date:           March 12, 2012<br>Judge:                  Hon. Maria-Elena James |

Case No. 10-cv-5103 MEJ
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF

Plaintiff COMERLIS DELANEY ("Plaintiff" or "Delaney") and Defendant SIMPLEXGRINNELL LP ("Defendant" or "SimplexGrinnell") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this stipulation pursuant to Civil Local Rule 6-2(a), as follows:

WHEREAS, Plaintiff Delaney has recently noticed the depositions of Defendant's persons most knowledgeable, currently set to commence on September 6, 2011, and September 14, 2011;

WHEREAS, Plaintiff's counsel and Defendant's counsel have agreed that Defendant SimplexGrinnell will have to and including August 12, 2011, to serve additional discovery requests on Plaintiff Delaney;

WHEREAS, no previous time modifications have been requested in this case;

WHEREAS, the Parties' request to extend the discovery cutoff will not affect the Court's pretrial and trial dates set forth in its Case Management Order of February 11, 2011;

THEREFORE, the parties request that this Court extend the discovery cutoff to September 14, 2011, except to the extent that the currently noticed depositions of Nancy Velasquez and persons most knowledgeable from SimplexGrinnell are not complete by September 14, 2011, in which case the discovery cutoff is extended until September 30, 2011 for the purpose of concluding any such deposition.

DATED: August 9, 2011.                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  _____/s/_____Michelle M. Leetham_____
THOMAS M. McINERNEY
MICHELLE M. LEETHAM

Attorneys for Defendant
SIMPLEXGRINNELL LP

DATED:  August 9, 2011.                    LAW OFFICE OF ARKADY ITKIN


                                           By:  _____/s/_____Arkady Itkin_____
                                           ARKADY ITKIN
                                           Attorney for Plaintiff COMERLIS DELANEY

**[PROPOSED] ORDER**

Based on the foregoing Stipulation of the Parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

In order to allow the Parties to complete discovery in this action, the discovery cutoff presently set for September 6, 2011, is continued to September 14, 2011, except to the extent that the currently noticed depositions of Nancy Velasquez and persons most knowledgeable from SimplexGrinnell are not complete by September 14, 2011, in which case the discovery cutoff is extended until September 30, 2011 for the purpose of concluding any such deposition.

DATED: August 10, 2011

_____
Maria-Elena James
U.S. District Court Chief Magistrate Judge