THOMAS M. MCINERNEY (State Bar No. 162055)
tmm@ogletreedeakins.com
MICHELLE M. LEETHAM (State Bar No. 124578)
michelle.leetham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:      415.442.4870

Attorneys for Defendant SIMPLEXGRINNELL LP

ARKADY ITKIN (State Bar No. 253194)
arkady@arkadylaw.com
LAW OFFICE OF ARKADY ITKIN
335 Powell Street, 14th Floor
San Francisco, CA  94102
Telephone:     415.640.6765
Facsimile:      415.508.3474

Attorneys for Plaintiff COMERLIS DELANEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMERLIS DELANEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SIMPLEXGRINNELL LP,<br><br>　　　　　Defendant.<br><br>or | Case No. 10-cv-5103 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DEFENDANT SIMPLEXGRINNELL LP'S DISPOSITIVE MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT TO OCTOBER 7, 2011**<br><br>Complaint Filed:  October 12, 2010<br>Trial Date:           March 12, 2012<br>Judge:                  Hon. Maria-Elena James |

Plaintiff COMERLIS DELANEY ("Plaintiff" or "Delaney") and Defendant SIMPLEXGRINNELL LP ("Defendant" or "SimplexGrinnell") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this stipulation pursuant to Civil Local Rule 6-2(a), as follows:

WHEREAS, Plaintiff Delaney and Defendant SimplexGrinnell are preparing their Joint Statement of Undisputed Facts for filing with the Court pursuant to Civil Local Rule 56-2(b), in conjunction with Defendant's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment, which is currently due to be filed, served, and noticed by October 6, 2011;

WHEREAS, Plaintiff's counsel and Defendant's counsel have agreed that in order to complete their Joint Statement of Undisputed Facts, Defendant SimplexGrinnell will have to and including October 7, 2011, to serve, file and notice Defendant SimplexGrinnell's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment against Plaintiff Delaney;

WHEREAS, one previous time modification was requested in this case, extending the discovery cutoff from September 6, 2011, to September 14, 2011, which the Court granted on August 10, 2011;

WHEREAS, the Parties' request to extend the dispositive motion cutoff for Defendant SimplexGrinnell's filing of its Motion for Summary Judgment or, Alternatively, Partial Summary Judgment by one day from October 6, 2011, to October 7, 2011.

WHEREAS, this extension will not affect any other dates set by the Court, including the dates set for Plaintiff's opposition brief, Defendant's reply brief or the hearing date set for the Court to hear said motion;

//
//
//
//

1  THEREFORE, the parties request that this Court extend the dispositive motion cutoff to
2  October 7, 2011, for the purpose of the parties completing their Joint Statement of Undisputed
3  Facts.

DATED: October 4, 2011.                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  _____/s/_____Michelle M. Leetham_____
     THOMAS M. McINERNEY
     MICHELLE M. LEETHAM

     Attorneys for Defendant
     SIMPLEXGRINNELL LP

DATED: August 9, 2011.                     LAW OFFICE OF ARKADY ITKIN


By:  _____/s/_____Arkady Itkin_____
     ARKADY ITKIN

     Attorney for Plaintiff COMERLIS DELANEY

## [PROPOSED] ORDER

Based on the foregoing Stipulation of the Parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

In order to allow the Parties to complete its Joint Statement of Undisputed Facts in this action, the dispositive motion cutoff presently set for October 6, 2011, is continued to October 7, 2011.

DATED: October 5, 2011

_____
Maria-Elena James
U.S. District Court Chief Magistrate Judge