UNITED STATES DISTRICT COURT

Northern District of California

COMERLIS DELANEY,

        Plaintiff,

  v.

SIMPLEXGRINNELL L.P.,

        Defendant.

_____/

No. CV10-05103 MEJ

**ORDER RE DEFENDANT'S SUMMARY JUDGMENT MOTION**

    Defendant's Motion for Summary Judgment (Dkt. No. 22) is **DENIED WITHOUT PREJUDICE** since the parties, as discussed at today's hearing, applied the wrong legal standard in analyzing at least some of Plaintiff's causes of action. If Defendant wishes to refile a dispositive motion, it must do so by **December 15, 2011.** Plaintiff's opposition must be filed by **December 29, 2011.** Defendant's reply, if any, must be filed by **January 6, 2011.** The Court will only schedule a hearing if it deems one necessary. The parties are **ORDERED** to comply with this Court's Standing Order which requires motions for summary judgment to be accompanied by a joint statement of <u>undisputed facts</u> in compliance with Civil Local Rule 56-2(b).

    **IT IS SO ORDERED.**

Dated: December 1, 2011

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California