UNITED STATES DISTRICT COURT

Northern District of California

COMERLIS DELANEY,

                Plaintiff,

  v.

SIMPLEXGRINNELL L.P.,

                Defendant.
_____/

No. C 10-5103 MEJ

**ORDER VACATING PRETRIAL AND TRIAL DEADLINES**

The deadline for initial pretrial filings in this case is currently set for January 26, 2012. However, as Defendant filed a motion for summary judgment on December 15, 2011, it is unlikely that all briefing will be completed and an order issued on Defendant's motion in time for the January 11, 2012 meet and confer and January 26 filing deadline. Accordingly, the Court hereby VACATES all pending pretrial and trial deadlines. The Court shall issue a revised case management order, should it be necessary after resolution of Defendant's motion.

    **IT IS SO ORDERED.**

Dated: December 19, 2011

                                                                      _____
                                                                     Maria-Elena James
                                                                     Chief United States Magistrate Judge